ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (Cal. Bar No. 236173)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel:  (213) 894-3275
    Fax:  (213) 894-7819
    Email:  richard.park@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GLENN EARL ROBERTS, | Case No: CV 11-01455 R |
| Plaintiff, | **JUDGMENT IN A CIVIL ACTION** |
| v. | Trial Date: Nov. 8, 2011 |
| UNITED STATES OF AMERICA, | Hon. Manuel L. Real |
| Defendant. | United States District Court |

After trial and review of the evidence:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the above-captioned Defendant.

DATED: November 28, 2011

                                              HON. MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE